UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE,

Defendant.

Civil Action No. 25-1029 (TNM)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 30, 2025, Plaintiff Center for Biological Diversity and Defendant United States Fish and Wildlife Service respectfully submit this Joint Status Report.

On April 7, 2025, Plaintiff filed a Complaint seeking to compel Defendants to disclose records responsive to Plaintiff's February 24, 2025 Freedom of Information Act ("FOIA") request. *See* Compl. ¶ 1, ECF 1.

Defendant completed its production on July 10, 2025.  Plaintiff is currently reviewing the production.

Accordingly, at this time, it is too early to determine whether a *Vaughn* index will be required, or whether any dispositive motions may be brought.  A motion for an *Open America* stay is unlikely in this case.

Given these developments, the parties respectfully request the Court order the parties to submit a joint status report to the Court by Monday, September 29, 2025, and every sixty days thereafter to apprise the Court on the progress of this case and submit a proposed schedule, if necessary.

Dated: July 30, 2025                          Respectfully submitted,

/s/ Jason C. Rylander
Jason C. Rylander (D.C. Bar No. 474995)        JEANINE FERRIS PIRRO
Center for Biological Diversity                United States Attorney
1411 K Street, NW Suite 1300
Washington, DC 20005
Tel: (202) 744-2244                            */s/ Brian J. Levy*
jrylander@biologicaldiversity.org              BRIAN J. LEVY
                                               Assistant United States Attorney
                                               U.S. Attorney's Office, Civil Division
                                               601 D Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 252-6734

2