UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE,

Defendant.

Civil Action No. 25-1029 (TNM)

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is, this ___ day of

_____, 2025,

ORDERED that the parties shall submit a joint status report by September 29, 2025.

_____
UNITED STATES DISTRICT JUDGE