UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.                                                    Civil Action No. 25-1029 (TNM)

U.S. FISH AND WILDLIFE SERVICE,

Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby

stipulate to dismiss this action without prejudice, with each party to bear their own costs, attorney

fees, and expenses.


Dated: September 15, 2025                    Respectfully submitted,

/s/ Jason C. Rylander
Jason C. Rylander (D.C. Bar No. 474995)       JEANINE FERRIS PIRRO
Center for Biological Diversity               United States Attorney
1411 K Street, NW Suite 1300
Washington, DC 20005
Tel: (202) 744-2244                           */s/ Brian J. Levy*
jrylander@biologicaldiversity.org             BRIAN J. LEVY
                                              Assistant United States Attorney
                                              U.S. Attorney's Office, Civil Division
                                              601 D Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-6734